IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Hui Zhang** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CAUSE NO. **5**:25-cv-08751 SVK |
| | § | |
| **Ning Meng** | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Oct 15, 2025, 12:17 pm**,

SUMMONS, COMPLAINT FOR DAMAGES,

and was executed at **8401 Sweetness Lane, Austin, TX 78750** within the county of **Travis** at **12:49 PM** on **Sat, Oct 18 2025**, by delivering a true copy to the within named

NING MENG

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, I am at least 18 years old, and my address is **500 E. 4th St. #143, Austin, TX 78701** , and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **October 18, 2025**.

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2026