Zheng "Andy" Liu (CBN 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Hui Zhang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Hui Zhang; | Case No.: 5:25-cv-08751-SVK |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF HUI ZHANG IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT** |
| Ning Meng; | |
| Defendant. | |

I, Hui Zhang, declare as follows:

1.      I am the plaintiff named in this case, and I am over 18 years ago. I make this declaration of my own personal knowledge of the facts stated herein and, if called upon as a witness, could and would competently testify to the following facts.

2.      Defendant concedes her liability to me but refused to pay Plaintiff back. A true and correct copy of an email in which Defendant admitted her liability is attached to this Declaration as Exhibit A.

3.      Defendant initially told me that she would use the one million dollars to pay the tax liability for a friend of hers.

4.      Defendant later told me that after receiving my one million dollars in her Bank of American account, she transferred the one million dollars to her Coinbase account and then to her BitBay account, and that she cannot withdraw any money from her BitBay account.

5.      Due to her claimed inability to withdraw money from her BitBay account, Defendant told me that the entire one million dollars had been lost, and as a result, she has no money to repay me.

6.      Defendant was personally served twice (ECF 8 and 13).

7.      After this lawsuit was filed, in November 2025, Defendant paid me back five thousand dollars.

8.      After this lawsuit was filed, Defendant also conceded her liability to me numerous times and tried to negotiate a favorable settlement for herself. Defendant

DECLARATION OF ZHENG LIU

negotiated against me for a lesser amount in addition to a lengthy payment schedule. The negotiation fell apart, because Defendant insisted on impractical terms.

9.     To date, Defendant has still filed any response to the Complaint; a default judgment is thus appropriate.

10.     The filing fee in this case is $405, and cost for service of process I incurred in this case is $230.

11.     In November 2025, Defendant paid me back five thousand dollars.

I declare under the penalty of perjury under the laws of United States that the foregoing is true and correct.

Dated: February 17, 2026                                Respectfully submitted,

*Hui Zhang*
_____
Hui Zhang

# EXHIBIT A

**DECLARATION OF ZHENG LIU**



**Henry Zhang <hljrealtor@gmail.com>**

---

## Respond to the law suit
2 messages

---

**Ning Meng** <mengningg@gmail.com>                                      Fri, Nov 7, 2025 at 2:20 PM
To: andy.liu@aptumlaw.us
Cc: Henry Zhang <hljrealtor@gmail.com>

Hello Mr. Liu,

This is Ning Meng.

I'm responding to the law suit Henry started against me. I take full responsibility for the loan and its interest, but I am currently not able to pay them off for some reasons totally out of my control. I was not able to even imagine the current situations at the time we were reaching the loan agreement.

But there was not any moment I was intentionally planning any fraud on Henry. I'm terribly sorry for the situation and am will to work out a plan with Henry.

Meanwhile, if Henry and I can't reach an agreement to settle the case. I would like to file a motion to change venue. Please see the attached document.

Regards,
 Ning Meng
(415)527-8119

---

 **Henry.docx**
23K

---

**Meng Ning** <mengningg@gmail.com>                                      Wed, Dec 10, 2025 at 4:30 PM
To: andy.liu@aptumlaw.us
Cc: Henry Zhang <hljrealtor@gmail.com>

[Quoted text hidden]

 **Henry.docx**
23K

## PROOF OF SERVICE

I am a registered California process server. I am registered and employed in the County of San Mateo, State of California. My registration number is #563. I am over the age of 18 years and not a party to the within action; my business address is: 1660 S Amphlett Blvd. Suite 315, San Mateo, CA 94402. My electronic service address is hkoscarlam@gmail.com.

On February 17, 2026, I served the foregoing document:

**DECLARATION OF HUI ZHANG IN SUPPORT OF HIS MOTION FOR DEFAULT JUDGMENT**

on all interested parties in this action by placing a true copy thereof addressed as follows:

Ning Meng
8401 Sweetness Ln Austin TX 78750
**Tracking No.: 9470 1361 0619 6274 4443 23**

Ning Meng
10001 N Capital Of Texas Hwy #209
Austin TX 78759
**Tracking No.: 9470 1361 0619 6274 4443 30**

Ning Meng
mengningg@gmail.com

**[X] BY MAIL:** I deposited such envelope in the mail at San Mateo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepaid at San Mateo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after date of deposit for mailing in the affidavit.

**[ ] BY PERSONAL SERVICE**: I caused a true and correct copy thereof enclosed in a sealed envelope to be personally delivered by hand to the above-named addressee(s).

**[X] BY ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by electronic transmission, I caused said document(s) to be sent to the person(s) at the e-mail address(es) listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT COURIER:** I placed the FedEx package for overnight delivery in a box or location regularly maintained by FedEx at my office or I delivered the package to an authorized courier or driver authorized by FedEx to receive documents. The package was placed in a sealed envelope or package designated by FedEx with deliver fees paid or provided for, addressed as follows:

**[ ] BY FACSIMILE TRANSMISSION:** I caused the above-referenced document to be transmitted to the person(s) set forth in the attached service list, at the facsimile number(s) set forth thereto. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ] (State)** I declare under penalty of perjury, pursuant to the laws of the State of California, that the above is true and correct.

**[X] (Federal)** I declare under penalty of perjury, pursuant to the laws of the United States, that the above is true and correct.

Executed on February 17, 2026.

_____
Oscar Lam

**DECLARATION OF ZHENG LIU**