Zheng "Andy" Liu (CBN 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Hui Zhang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hui Zhang;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Ning Meng;<br><br>　　　　　Defendant. | Case No.: 5:25-cv-08751-SVK<br><br>**[PROPOSED] JUDGMENT AGAINST DEFENDANT NING MENG**<br><br>The Honorable Susan van Keulen<br>Courtroom 6<br>Hearing date: March 24, 2026<br>Hearing time: 10:00 a.m. |

1

On _____, Plaintiff Hui Zhang's Motion for Default Judgment Against Ning Meng was heard before this Court.

Appearances were as stated on the record. After considering all papers and evidence presented, and after entertaining arguments of counsel, **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Plaintiff Hui Zhang and against Defendant Ning Meng in the amount of $ 1,051,488.77.

**IT IS SO ORDERED AND ADJUDGED.**


Dated: _____, 2026        _____
                                                      Honorable Susan van Keulen

**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF HUI ZHANG**