Zheng "Andy" Liu (CBN 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiff Hui Zhang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hui Zhang;<br><br>                  Plaintiffs,<br><br>        v.<br><br>Ning Meng;<br><br>                  Defendant. | Case No.: 5:25-cv-08751-BLF<br><br>**[PROPOSED] FINAL JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that:

Judgment is entered for Plaintiff Hui Zhang and against Defendant Ning Meng in the amount of $1,089,952.17, including:

- $1,020,273.97 in damages on Plaintiff Zhang's breach of contract claim against Defendant Meng,

- $69,043.2 in prejudgment interest at a rate of 10% per annum from October 13, 2025 through the date of judgment June 16, 2026, and

1

**[PROPOSED] FINAL JUDGMENT**

- $635.00 in costs.


Dated: _____


By: _____
Beth Labson Freeman
United States District Judge

**[PROPOSED] FINAL JUDGMENT**