**EJ-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*<br>After recording, return to:<br>Zheng Liu 279327<br>Aptum Law<br>1660 S Amphlett Blvd. Suite 315<br>San Mateo, CA 94402<br><br>TEL NO.: 6504756289    FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional):* Andy.Liu@aptumlaw.us<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br><br>STREET ADDRESS:<br><br>MAILING ADDRESS:<br><br>CITY AND ZIP CODE:<br><br>BRANCH NAME: | *FOR RECORDER'S USE ONLY* |

| | |
|---|---|
| PLAINTIFF: HUI ZHANG<br>DEFENDANT: NING MENG | CASE NUMBER:<br>5:25-cv-08751-BLF |
| **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] **Amended** | *FOR COURT USE ONLY* |

1. The [X] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   Ning Meng
   10001 N Capital Of Texas Hwy #209
   Austin TX 78759

   b. Driver's license no. [last 4 digits] and state:  5098, TX  [ ] Unknown
   c. Social security no. [last 4 digits]:  1095  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
   Ning Meng
   8401 Sweetness Lane, Austin, TX 78750

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Hui Zhang
   1815 Sage Crk, San Jose CA 95120

   Date: Jun 24, 2026
   Zheng Liu
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 1,089,952.17

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  06/24/2026
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. [ ] An [ ] execution lien [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

11. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date):*

12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF:  HUI ZHANG | COURT CASE NO.: |
|---|---|
| DEFENDANT:  NING MENG | 5:25-cv-08751-BLF |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*   14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address   17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address   19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]   **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   **Page 2 of 2**